Vincent F. RIVERA, Plaintiff—
Appellant,

v.

Alberto GONZALES, United States Attorney General of the Judicial Conference of the United States, Defendant—Appellee.

No. 05–6739.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 11, 2005.

Vincent F. Rivera, Appellant pro se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Vincent F. Rivera appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Rivera v. Gonzalez, No. CA–05–246–1 (E.D.Va. May 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*